IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,      \*

                      \* Case No. 2:11CR00037-002

vs.                        \*

                      \*

NICHOLAS CEJA   Defendant.  \*
_____/

**MOTION TO MODIFY/REDUCE SENTENCE UNDER 18 USC § 3482 (c)(2) AND UNITED STATES SENTENCING COMMISSIONS 2 LEVEL AMENDMENT**

Come Now, the defendant respectfully requesting that this Honorable Court reduce his sentence pursuant to Title 18 USC § 3582 (c)(2) and Sentencing Commissions 2 Level Amendment 782.

reposed in this Honorable Court is the Jurisdiction and Authority to Modify the defendants term of imprisonment imposed herein pursuant to 18 USC § 3582 (c)(2) which provides: [1] in the case of a defendant who has been sentenced to a term of imprisonment based on a dentedce range that has subsequently been lowered by the Sentence Commission, upon motion of the defendant the court may reduce the term of imprisonment after considering the factors set forth in Section 3553 (a). to the extent that they are applicable, if such a reduction is consistant with Policy Statement Issued by the United States Sentencing Commission.

Policy Statement 1B1 (one B one) of the Federal Sentencing Guideline Manuel Captioned, "Retroactivity of Amended Guideline Range is compatable with said 18 USC § 3582 (c)(2)." The Movant/ Defendant qualifies as to as to modification of

sentence and would have qualified if said provisions had been in effect at the time he was sentence. Under 1B1.10 (c) of the Guidelines it is provoded that: In derrminiog whather a reduction in sentence is warranted for a defendant eligible for consider the sentence that it would have originally imposed had the Guidelines <u>as amended</u> been in effect at the time.

The defendant wes sentaced to a term of improsonment based on a sentencing range that has subsequently been lowered by United States Sentedcing Commission. This Motion allows the court to reduce the defendants sentence by <u>2</u> levels which are now consistant with the Sentencing Commissions Policy Statement.

<u>Relief Sought</u>:

Petitioner, now humbly prays the Honorable Court apply Amendment 782 to his sentence in some fashion, and reducmodify his sentence. Petitioner/Defendant thanks the Honorable Court for its caluable time apologizes for having to use it and for his past actions.

Respectfully submitted *Nicholas Ceja*
Nicholas Ceja
Reg No. 10060-028
FCI Oakdale No. II
P.O.Box 5010
Oakdale, La  71463

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27 day of December 2014, placed the firegoing Motion for reduction of sentence in the Unitde States Mail, addressed to the following:

United States District Court
Office of the Clerk
46 East Ohio,  St
Indianapolis, Indiana    46204

By Nicholas CEJA
Nicholas Ceja
Reg No. 10060-028
FCI Oakdale No. II
P.O.Box 5010
Oakdale. La    71463