UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.       )<br>)<br>)<br>NICHOLAS CEJAS, )<br>)<br>Defendant. ) | 2:11-cr-00037-JMS-CMM-2 |

### APPEARANCE

TO: CLERK OF COURT

    Please enter the appearance of Sara J. Varner, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: January 27, 2015

                      */S/ Sara J. Varner*
                      Sara J. Varner
                      Indiana Federal Community Defenders, Inc.
                      111 Monument Circle, Ste. 752
                      Indianapolis, IN. 46204-5172
                      (317) 383-3520
                      Attorney for Defendant

### CERTIFICATE OF SERVICE

    I certify a copy of the foregoing was filed electronically.   Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Matthias Onderak, AUSA

                      */S/ Sara J. Varner*
                      Sara J. Varner