UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cr-00037-JMS-CMM-2 |
| ) | |
| NICHOLAS CEJA, ) | |
| ) | |
| Defendant. ) | |

# E N T R Y

The motion to proceed on appeal *in forma pauperis* [dkt. 187], to the extent it was filed in the criminal case, is **denied without prejudice.** The defendant is **notified** that contrary to his assertion in his motion, no financial information was attached to his motion.

In addition, his statement in his motion to proceed on appeal *in forma pauperis* that "he may also have a claim as established by the Supreme Court ruling in Johnson" was not asserted in this case and will not be considered as presented. *Johnson* applies to the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e), but if the defendant wishes to assert a *Johnson* claim, he shall seek leave from the Seventh Circuit Court of Appeals for authorization for a second or successive motion to vacate under 28 U.S.C. § 2255.

The clerk shall **re-docket** the motion to proceed on appeal *in forma pauperis* in the section 2255 case, 2:15-cv-00229-JMS-DKL.

Date: June 24, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Distribution:

Electronically registered counsel

Nicholas Ceja
10060-028
FCI Oakdale
Inmate Mail/Parcels
P. O. Box 5000
Oakdale, LA 71463